**Order entered April 22, 2020**



In The
### Court of Appeals
### Fifth District of Texas at Dallas

No. 05-20-00196-CV

**A.W.E., Appellant**

**V.**

**D.M.F.N., Appellee**

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-18-11265**

**ORDER**

Before the Court is the April 20, 2020 letter of counsel for appellant informing the Court that the reporter's record filed on April 13, 2020 is incomplete because it does not contain the portion of the hearing related to the temporary injunction hearing that continued after a brief recess. We construe counsel's letter as a motion for the complete reporter's record. We **GRANT** the motion as follows. We **STRIKE** the reporter's record filed on April 13, 2020. We **ORDER** Latoya Young-Martinez, Deputy Court Reporter, to file by, **May 4, 2020**, the

complete reporter's record from the entire hearing conducted on February 10, 2020.

We **DIRECT** the Clerk of this Court to send a copy of this order to Ms. Young-Martinez; Janet Saavedra, Official Court Reporter for the 254th Judicial District Court; and, all parties.

/s/    BILL WHITEHILL
       JUSTICE